## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Holly L. Fry,

*Debtor*.

Case No. 25-10390-amc
Chapter 13

### Order Granting Motion for Relief from Order
### Entered Under 11 U.S.C. § 362(d)(4)

**AND NOW**, upon consideration of the Motion for Relief from Order Entered Under 11 U.S.C. § 362(d)(4) filed by Debtor Holly L. Fry, after proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The order entered on July 5, 2023, in Case No. 22-12497-mdc granting *in rem* relief under 11 U.S.C. § 362(d)(4) as to the real property located at 2218 East Cumberland Street in Philadelphia, Pennsylvania, is **VACATED**.

3. The automatic stay under 11 U.S.C. § 362(a) is imposed and will remain in effect with respect to the real property located at 2218 East Cumberland Street in Philadelphia, Pennsylvania, for the rest of this bankruptcy case, unless otherwise modified by order of this Court.

4. Any federal, state, or local governmental unit that accepts notices of interests or liens in real property must accept a certified copy of this order for indexing and recording.

Date:

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge