# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: HOLLY L. FRY** | : | **CHAPTER 13** |
| | : | |
| Debtor | : | B NO. 25-10390-AMC |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Order *("the Motion")*, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Request For an Expedited Hearing is **DENIED**.


Date:  Jan. 31, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge