## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: HOLLY L. FRY :  Chapter 13
: 
Debtor :  Bky. No. 25-10390 - DJB

## O R D E R

AND NOW, upon consideration of the Motion for Relief from Order Entered Under 11 U.S.C. §362(d)(4) (the "Motion"), and after consideration of the materials submitted by the parties and after having conducted a hearing on the date hereof where the Court afforded the parties the opportunity to present evidence in support thereof and considering the record of the within Case as a whole, the Court does not find that sufficient "changed circumstances" or "good faith" having been established:

THEREFORE, it is hereby **ORDERED** that the Motion is DENIED for the reasons stated on the record.

Date: 3/18/25

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE